## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL SANDOVAL,** | ) |
| **Plaintiff,** | ) |
| | ) **8:03CV440** |
| vs. | ) |
| | ) **ORDER** |
| **KELLOGG'S USA, INC.,** | ) |
| **Defendant.** | ) |

Now pending before the court is plaintiff's motion for leave to disclose expert witnesses out of time (Filing 34). Defense counsel, Elizabeth Wells Skaggs, advised the court by telephone that there was no objection, provided that the defendant's deadline was also extended.

**IT IS ORDERED** that plaintiff's motion for leave to disclose expert witnesses out of time (Filing 34) is granted, and paragraph 2 of the Final Progression Order (Filing 19) is amended as follows:

1. Plaintiff is given an extension of time until May 9, 2005 to serve expert witness disclosures.

2. Defendant's expert witness disclosure deadline is extended to June 10, 2005.

3. Rebuttal exert disclosures shall be served on or before June 30, 2005.

**DATED May 4, 2005.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**