IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL SANDOVAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:03CV440 |
| vs. | ) | |
| | ) | ORDER |
| KELLOGG'S USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Stipulation to amend the final progression order. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that the Joint Stipulation (#46) is granted, and the final progression order (#19) amended, as follows:

1. The discovery deadline is extended to **August 5, 2005**.

2. The parties are given until **August 24, 2005** to file motions for summary judgment.

3. The final pretrial conference is continued from September 22, 2005 to **November 3, 2005 at 10:00 a.m.**

4. Trial (jury) is continued from October 4, 2005 to **November 15, 2005** before Judge Laurie Smith Camp.

5. On or before **October 13, 2005**, the parties shall provide a status report regarding settlement negotiation. The report shall be in the form of a letter to the court from the plaintiff on behalf of all of the parties.

**DATED June 16, 2005.**

                                                         **BY THE COURT:**

                                                         **s/ F.A. Gossett**
                                                         **United States Magistrate Judge**