# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL SANDOVAL,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>    vs.                       )<br>                              )<br>KELLOGG'S USA, INC.,          )<br>                              )<br>     Defendant.             ) | 8:03CV440<br><br>ORDER |

The parties have filed a joint motion for a five-day extension of the deadline to file motions for summary judgment (#48).  It does not appear that this brief extension will affect the trial date and, for good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that the parties' JOINT STIPULATION (#48) is granted, and the Final Progression Order (#19), as amended (#47), is amended as follows:  The parties are given until August 29, 2005 to file motions for summary judgment.  All other deadlines under the Final Progression Order shall remain the same.

**DATED August 19, 2005.**

    BY THE COURT:

    s/ F.A. Gossett
    **United States Magistrate Judge**