IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL SANDOVAL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:03CV440** |
| vs. | ) | |
| | ) | **ORDER** |
| **KELLOGG'S USA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation to Amend the Final Progression Order (#51). For good cause shown, I find that the Stipulation should be granted and the deadlines be extended as requested.

**IT IS ORDERED** that the Joint Stipulation (#51) is granted, and the Final Progression Order (#19), as amended (#47 and #49), is further amended as follows:

1. Deposition Testimony and Discovery - from August 15, 2005 to September 23, 2005.

2. Trial Exhibits - from August 15, 2005 to September 23, 2005.

3. *Daubert* Motions - from August 31, 2005 to September 30, 2005.

4. Any other motions in limine - from August 31, 2005 to September 30, 2005.

**DATED August 25, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**