## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL SANDOVAL,** | ) | **CASE NO. 8:03CV440** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **KELLOGG, USA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation to Extend the Deadline for Defendant to File Reply Brief in Support of its Motion for Summary Judgment. For good cause shown, I find that the Stipulation should be granted.

IT IS ORDERED:

1. The Joint Stipulation (Filing No. 58) is granted;

2. Defendant shall file its Reply Brief in support of its motion for summary judgment, if at all, on or before September 23, 2005.

DATED this 21st day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge