## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**MICHAEL SANDOVAL,**               )               **CASE NO. 8:03CV440**
                                    )
　　　　**Plaintiff,**               )
                                    )
　　　　**vs.**                      )               **ORDER**
                                    )
**KELLOGG'S USA, INC.,**            )
                                    )
　　　　**Defendant.**               )

Upon notice given to the District Judge on September 27, 2005, that the above case has settled,

**IT IS ORDERED**:

1.　　The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court which will fully dispose of the case on or before October 28, 2005.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), and shall state whether the dismissal is with or without prejudice;

2.　　Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1; and

3.　　The pretrial conference scheduled for this matter has been cancelled.

Dated this 27th day of September, 2005.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　United States District Judge