IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL SANDOVAL,** | ) | **CASE NO. 8:03CV440** |
| ) | | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KELLOGG USA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion to Enforce the Settlement Agreement and Request for Evidentiary Hearing. (Filing No. 70). The Defendant's Request for Evidentiary Hearing shall be granted. Plaintiff, and all counsel who negotiated the terms of the alleged settlement, shall be present.

IT IS ORDERED:

1. The Defendant's Request for Evidentiary Hearing is granted;

2. The evidentiary hearing on Defendant's Motion to Enforce the Settlement Agreement is scheduled for **Thursday, October 27, 2005, at 2:00 p.m.,** before the undersigned in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, NE 68102. One hour is allotted for this hearing; and

3. Plaintiff shall file his response to the motion, if any, on or before Tuesday, October 25, 2005.

DATED this 12th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge