IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL SANDOVAL, | ) | CASE NO. 8:03CV440 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | MOTION TO WITHDRAW |
| vs. | ) | AND RESCHEDULING |
| | ) | EVIDENTIARY HEARING |
| KELLOGG USA, INC., | ) | ON MOTION TO ENFORCE |
| | ) | SETTLEMENT AGREEMENT |
| Defendant. | ) | |

This matter is before the Court on the Motion to Withdraw filed by attorney Thomas Dowd. (Filing No. 73). For good cause shown, the motion shall be granted. Plaintiff shall be given a reasonable amount of time to retain an attorney to represent him in connection with the Defendant's pending motion to enforce the settlement agreement. Accordingly,

IT IS ORDERED:

1. Thomas Dowd is directed to serve upon Plaintiff Michael Sandoval by United States mail, on or before Friday, October 28, 2005, the documents identified below, and to file a certificate of service showing that service has been accomplished:

   a. Defendant's Motion to Enforce Settlement and Brief in Support (Filing Nos. 70 and 71);

   b. Motion to Withdraw as Attorney (Filing No. 73);

   c. Notice of Attorney Lien (Filing No. 74); and

   d. a copy of this Order;

2. The Motion to Withdraw (Filing No. 73) is granted, effective upon the filing of a certificate of service referenced in paragraph 1 of this order; and

3. The Clerk is directed to terminate Thomas Dowd as attorney of record for the Plaintiff Michael Sandoval;

4. In order to give Plaintiff time to obtain alternative counsel, the evidentiary hearing on Defendant's Motion to Enforce the Settlement Agreement previously scheduled for Thursday, October 27, 2005, is cancelled; and the **evidentiary hearing is rescheduled for Monday, November 21, 2005 at 3:30 p.m.**, before the undersigned in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, NE 68102. One hour is allotted for this hearing; and

5. Plaintiff shall immediately endeavor to retain an attorney to represent him in connection with the hearing on November 21, 2005, if he wishes to be represented. Whether Mr. Sandoval has obtained an attorney or not by the hearing date, Michael Sandoval is ordered to appear in person at the November 21, 2005, hearing.

DATED this 25th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge