## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL SANDOVAL,** | ) | **CASE NO. 8:03CV440** |
| | ) | |
| Plaintiff, | ) | **ORDER RESCHEDULING** |
| | ) | **EVIDENTIARY HEARING** |
| vs. | ) | **ON MOTION TO ENFORCE** |
| | ) | **SETTLEMENT AGREEMENT** |
| **KELLOGG USA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

The Order filed yesterday giving the Plaintiff until November 21, 2005, to retain counsel was signed before, but filed minutes after, the Plaintiff's motion for an extension of time of 60 days was filed. (Filing No. 76). While the Plaintiff seeks a month longer than the Court thought sufficient, the Plaintiff's request for an additional sixty days to retain counsel shall be granted. Plaintiff is cautioned that no further requests for extensions of time by him or on his behalf will be considered. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for an Extension of Time for 60 Days (Filing No. 76) is granted;

2. The Clerk is directed to strike Plaintiff's Motion for an Extension of Time (Filing No. 75) because it is incomplete and partially duplicative of Filing No. 76; and

3. The evidentiary hearing on Defendant's Motion to Enforce the Settlement Agreement previously scheduled for November 21, 2005, is cancelled, and the **evidentiary hearing is rescheduled for Monday, January 9, 2006, at 3:30 p.m.**, before the undersigned in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, NE 68102. One hour

is allotted for this hearing. Michael Sandoval is ordered to appear in person at the January 9, 2006, hearing.

DATED this 26th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge