IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL SANDOVAL, | ) | CASE NO. 8:03CV440 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| KELLOGG'S USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having been informed that the settlement proceeds have been distributed and the matter may be dismissed,

IT IS ORDERED:

The Complaint and all claims in this matter are dismissed with prejudice, each party to bear its own costs and attorney fees unless otherwise agreed by and between the parties in writing.

DATED this 26th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge